October 23, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

WILFRIDO MATA, Appellant

NO. 14-14-00363-CV                    V.

HARRIS COUNTY, TEXAS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 9, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Wilfrido Mata.

We further order this decision certified below for observance.